**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| **Frances D. Holmes** : : : Case No. 16-17316 : **Chapter 13** Debtor(s) : : | |

### DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

COMES NOW Debtor, **Frances D. Holmes**, by and through undersigned counsel, and moves this Honorable Court to enter an Order, pursuant to 11 U.S.C. § 1307 (b), dismissing this proceeding and as reasons therefore state:

1. Debtor filed the above-captioned proceeding on **May 27, 2016**.

2. Debtor is not able to comply with the Chapter 13 plan and does not desire to modify the plan.

3. This case has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

4. Under 11 U.S.C. § 1307 (b), Debtor is entitled to have this Chapter 13 case dismissed at any time.

WHEREFORE, Debtor respectfully requests:

a) That this case be dismissed and the estate closed as soon as practicable.

b) Such other and further relief as is deemed just and equitable by this Honorable Court.

Respectfully Submitted,

December 21, 2016

/s/  Timothy J. Sessing
Timothy J. Sessing, Esq.  #13954
12850 Middlebrook Road, Suite 308
Germantown, MD  20874
Phone: (301)637-0143
Fax: (888)551-9301
tim@amslawgroup.com

## **Certificate of Service**

I hereby certify that a photocopy of the foregoing Debtor's Motion to Dismiss Chapter 13 Case was transmitted electronically or mailed first class, postage prepaid on December 21, 2016, to the below listed parties:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

                                                  /s/ Timothy J. Sessing